UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| SHAWN HENRY SCRIVENS, ) <br> DOC Offender No. 505119, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ADVANCED CORRECTIONAL ) <br> HEALTCARE, INC., et al., ) <br> ) <br> Defendants. ) | Case No. 21cv355-SRC |

## ENTRY OF APPEARANCE

J. Andrew Hirth of TGH Litigation LLC enters his appearance as attorney of record on behalf of Plaintiff Shawn Henry Scrivens. Counsel's appearance moots Plaintiff's Motion to Appoint Counsel [Docket No. 24], filed on July 11, 2022.

Respectfully Submitted.

**TGH Litigation LLC**

/s/ J. Andrew Hirth
J. Andrew Hirth
Missouri Bar No. 57807
28 N. 8th Street, Suite 317
Columbia, MO 65201
Andy@TGHLitigation.com
Phone: 573 256 2850
Fax: 573 213 2201

*Counsel for Plaintiff*