UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Plaintiff(s), Shawn Scrivens )
)
)
)
v. )      Case No. 4:21-cv-0355-SRC
)
)
)
Defendant(s). Advanced )
Correctional )
Healthcare, Inc )

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office:

---

**Option 1**

❏      The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

---

**Option 2**

☑      An ADR conference was held on: ___April 7, 2023_____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____
_____.

The ADR referral was concluded on ___April 7, 2023___. The parties [☑ did  ❏ did not] achieve a settlement.                                         *Check One*

---

**Option 3**

❏      Although this case was referred to ADR, a conference WAS NOT HELD.

---

Date__4-11-23__ Neutral _____