# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| SHAWN HENRY SCRIVENS, <br> DOC Offender No. 505119, <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED CORRECTIONAL <br> HEALTHCARE, INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 21cv355-SRC <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Shawn Henry Scrivens and Defendants Advanced Correctional Healthcare, Inc.; Dionne Kelley, LPN; Paul Burris, NP; and Phelps County, Missouri, jointly submit this Stipulation of Dismissal *with Prejudice*.

Respectfully submitted,

**TGH Litigation LLC**

/s/ *J. Andrew Hirth*
J. Andrew Hirth, #57807MO
28 N. 8th Street, Suite 317
Columbia, MO 65201
573 256 2850
Andy@TGHLitigation.com
*Attorney for Plaintiff*

**ECKENRODE-MAUPIN**

/s/ *J. Thaddeus Eckenrode*
J. Thaddeus Eckenrode, #31080MO
11477 Olde Cabin Rd., Ste. 110
St. Louis, MO 63141
(314) 726-6670
jte@eckenrode-law.com
*Attorney for Defendants Advanced Correctional Healthcare, Inc.; Paul Burris, NP; and Dionne Kelley, LPN*

**NEWMAN, COMLEY & RUTH**

/s/ *Wayne Michael Jordan III*
Wayne Michael Jordan III, #74469MO
601 Monroe Street, Ste. 301
Jefferson City, MO 65101
573-634-2266
jordanw@ncrpc.com
*Attorney for Defendant Phelps County*